AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600 Fax: (925) 932-1623

Attorneys for Defendant City of Richmond (also
   sued herein as Richmond Police Department)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIQUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF RICHMOND; CITY OF )<br>RICHMOND POLICE )<br>DEPARTMENT; OFFICER GARD; )<br>OFFICER WILLIAM CANTRELL; )<br>OFFICER FUNK; OFFICER )<br>FILIPPI; OFFICER R. THOMAS; )<br>OFFICER MOODY; SGT. S. )<br>PICKETT; DOES 1 THROUGH 50, )<br>)<br>Defendants. ) | CASE NO. C05-03865 B̶Z̶  MHP<br><br>**STIPULATION TO STRIKE ALLEGATIONS OF THE COMPLAINT AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

The parties hereby stipulate to striking claims for violation of the 14th Amendment in paragraphs 1, 3, and 16(a). This stipulation does not affect the allegation of violation of the 4th Amendment of the United States Constitution.

The parties agree to strike any request for punitive damages against the City of Richmond, also sued as City of Richmond Police Department, in paragraph 26(6). This stipulation will not affect the request for punitive damages against the

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

individuals identified in the complaint.

Dated:   January 20, 2006

By:   /wr/
WALTER RILEY
Attorney for Plaintiff Gerardo Rodriquez

Dated:   January 26, 2006          GIBBONS & CONLEY

By:   /scc/
AUSTIN R. GIBBONS
SEAN C. CONLEY
Attorneys for Defendant City of Richmond
(also sued herein as Richmond Police Department)

**ORDER**

The Court, having considered the stipulation of the parties, orders as follows:

The allegations of violation of the 14th Amendment of the United States Constitution in Complaint paragraphs 1, 3, and 16(a) are hereby stricken from the complaint.

The request for punitive damages with respect to the City of Richmond, also sued as the City of Richmond Police Department, in paragraph 26(6) are stricken from the Complaint.

Dated:

By: _____
HON. _____ JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

\Rodriquez\motion to strike.doc

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

NOTICE OF MOTION AND MOTION TO STRIKE                    CASE NO. C05-03865 BZ

**RODRIQUEZ V. CITY OF RICHMOND, ET AL.**
**U.S. DISTRICT COURT CASE NO. C05-03865 BZ**

## PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 1333 North California Boulevard, Suite 110, Walnut Creek, California, 94596. On the date set forth below, I caused to be served a true copy of the foregoing **STIPULATION TO STRIKE ALLEGATIONS OF THE COMPLAINT AND [PROPOSED] ORDER** on the following person(s) in this action addressed as follows:

Walter Riley, Esq.
Attorney at Law
1440 Broadway, Suite 612
Oakland, CA  94612
Tel: (510) 451-1422
Fax: (510) 451-0406

[X] **BY MAIL**. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing, following ordinary business practices.

**BY FACSIMILE.** I caused said document to be transmitted by facsimile to the numbers listed above. Said transmission was reported as complete and without error.

[X] **FEDERAL**. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2006.

KARIN JOHNSON-BUTLER