AUSTIN R. GIBBONS, ESQ. SBN 034619
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600 Fax: (925) 932-1623

Attorneys for Defendant City of Richmond (also
 sued herein as Richmond Police Department)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIQUEZ, ) | CASE NO. C05-03865 MHP |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST FOR MODIFICATION OF THE CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | |
| ) | |
| CITY OF RICHMOND; CITY OF ) RICHMOND POLICE ) DEPARTMENT; OFFICER GARD; ) OFFICER WILLIAM CANTRELL; ) OFFICER FUNK; OFFICER ) FILIPPI; OFFICER R. THOMAS; ) OFFICER MOODY; SGT. S. ) PICKETT; DOES 1 THROUGH 50, ) ) Defendants. ) ) | |

The parties to this action hereby stipulate to, and request, a modification of the February 8, 2006 Case Management Conference Order as follows:

The trial in this matter is currently scheduled for March 27, 2007. The defense counsel has a trial scheduled for this *same date* in U.S. District Court for the Eastern District of California, in Sacramento, namely *Gregson v. Manteca*, civil case number S-04-873 WBS GGH. As the *Gregson* matter is the earlier filed case,

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

1

STIPULATED REQUEST FOR MODIFICATION OF THE CASE    CASE NO. C05-03865 MHP
MANAGEMENT ORDER

1  we ask that the Court continue the trial date in this case for 30 days as the same
2  defense counsel in the present case will also be trying the *Gregson* matter.
3  Plaintiff's attorney will be out of the country for the month of January, 2007.
4  Plaintiff's attorney is in discovery presently in a case in Federal Court in Fresno,
5  *Galvan v. Modesto Police Department*, case number CV-F-05-0986 AWILJO. In
6  that case we have a non-expert discovery cut off of February 28, 2007.
7  Because of this and other pending matters, including difficulty the parties
8  have experienced in locating some of the witnesses, the parties also request that all
9  of the currently scheduled pending dates in this action be continued to correspond
10  to the new trial date.
11  The current scheduling order calls for expert disclosure on November 15,
12  2006, but disclosure of expert witness' reports on December 8, 2006. The parties
13  request that the disclosure of expert witnesses be consolidated with the date of the
14  disclosure of expert witness' reports under the new schedule.
15  The parties therefore request the following revised scheduled dates:

| | |
|---|---|
| Disclosure of all witnesses, including expert witnesses, and expert reports. | February 16, 2007 |
| Completion of discovery. | March 16, 2007 |
| Last day to hear dispositive motions. | April 16, 2007 |
| Deadline for joint pretrial conference statement and proposed pretrial order under Civil Local Rule 16-9(b), compliance with Local Rule 16-8(b)(7)-(10) and such other matters as required by the judge. | May 2, 2007 |
| Last date for objections to exhibits under Local Rule 16-8(b)(11). | May 10, 2007 |

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

| | |
|---|---|
| Pretrial conference. | May 11, 2007 |
| Trial. | June 1, 2007 |

Finally, at the initial pretrial conference, the Court indicated that intended to bifurcate the *Monell* claim from the underlying Fourth Amendment claim. However, the Court did not indicate in its order whether this bifurcation was intended to apply to discovery in this matter. The parties request a clarification of this issue as they complete the scheduled discovery in this case.

Dated:                                            GIBBONS & CONLEY

                                         By:   Sean C. Conley /s/
                                                AUSTIN R. GIBBONS
                                                SEAN C. CONLEY
                                                Attorneys for Defendant City of Richmond
                                                (also sued herein as Richmond Police
                                                Department)

Dated:  Nov. 9, 2006

                                         By:   Walter Riley/s/
                                                WALTER RILEY
                                                Attorney for Plaintiff Gerardo Rodriquez

**ORDER MODIFYING CASE MANAGEMENT CONFERENCE ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

The February 8, 2006 Case Management Conference Order in this matter is modified as follows:

3

STIPULATED REQUEST FOR MODIFICATION OF THE CASE MANAGEMENT ORDER                                   CASE NO. C05-03865 MHP

| | |
|---|---|
| Disclosure of all witnesses, including expert witnesses, and expert reports. | February 16, 2007 |
| Completion of discovery. | March 16, 2007 |
| Last day to hear dispositive motions. | April 16, 2007 |
| Deadline for joint pretrial conference statement and proposed pretrial order under Civil Local Rule 16-9(b), compliance with Local Rule 16-8(b)(7)-(10) and such other matters as required by the judge. | May 2, 2007 |
| Last date for objections to exhibits under Local Rule 16-8(b)(11). | May 10, 2007 |
| Pretrial conference. | 05/16/07   ~~May 11, 2007~~ |
| Trial. | 06/05/07   J~~une 1, 200~~7 |

With respect to the *Monell* claim by Plaintiff in this matter, the Court orders as follows: [~~The parties shall complete all discovery, including *Monell* claims, within the time period set forth above.~~] [The *Monell* claim is bifurcated from the underlying Fourth Amendment claim, and discovery shall only be conducted on the Fourth Amendment claim at this time.]

Dated:   11/24/6

By: _____
MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]*

4

STIPULATED REQUEST FOR MODIFICATION OF THE CASE MANAGEMENT ORDER

CASE NO. C05-03865 MHP

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623